```
 1 │ Rachel M. Dollar, SBN 199977
   │ Sherrill A. Oates, SBN 213763
 2 │ Austin D. Garner, SBN 184022
   │ SMITH DOLLAR PC
 3 │ Attorneys at Law
   │ 404 Mendocino Avenue, Second Floor
 4 │ Santa Rosa, California 95401
   │ Telephone: (707) 522-1100
 5 │ Facsimile: (707) 522-1101
 6 │ Attorneys for Defendants
 7 │
 8 │        DISTRICT COURT NORTHERN DISTRICT COURT - SAN JOSE DIVISION
 9 │
```

| | |
|---|---|
| MARK MURILLO, an individual and TAMI L. MURILLO, an individual,<br><br>Plaintiffs,<br>v.<br><br>AURORA LOAN SERVICES, INC., a Delaware Corporation; LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK; OCWEN LOAN SERVICING, INC., a Delaware Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, QUALITY LOAN SERVICE CORPORATION, AS TRUSTEE, BARCLAYS, PLC, a Foreign Corporation; and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. C 09-00503 ~~JF HRL~~ JW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE<br><br>Judge: Honorable James Ware<br><br>Complaint Filed: January 16, 2009<br>Trial Date: |

GOOD CAUSE HAVING BEEN SHOWN, Defendants Aurora Loan Services, LLC, Lehman Brothers Bank, FSB, and Mortgage Electronic Registration Systems, Inc. ("Aurora") request to appear telephonically at the mediation of the above case and the two related cases, scheduled for ___TBD___ at _____ in these related actions is hereby granted.

IT IS SO ORDERED.

IT IS SO ORDERED

Dated: 6-4-09

_____
UNITED STATES MAGISTRATE JUDGE

- 1 -
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE

